UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEITH FERNANDEZ,

                Plaintiff,

   -against-

KKR & CO. INC., et al.,

                Defendants.

25-CV-5982 (DEH) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    On August 21, 2025, Defendants filed a motion to dismiss the complaint filed by pro se Plaintiff Keith Fernandez. (*See* ECF 14, Mot. To Dismiss.)

    Plaintiff's opposition to the motion to dismiss shall be due by **September 15, 2025.**

    Defendants' reply, if any, in further support of their motion to dismiss shall be due by **September 29, 2025.**

DATED: August 25, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge