UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH FERNANDEZ, *Pro Se*

Plaintiff,

- against -

KKR & CO. INC., ADAM SMITH, DOUG BRODY, and KATIE SUDOL

Defendants.

No. 1:25-cv-05982 (DEH)(RFT)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties herein and/or their respective counsel, that the above-captioned action filed by Keith Fernandez is voluntarily dismissed in its entirety with prejudice and without costs to any party pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

Dated: New York, New York
February 18, 2026

KEITH FERNANDEZ

By: Keith Fernandez
Keith Fernandez
*Plaintiff*

EPSTEIN BECKER & GREEN, P.C.

By: ______________________
Jessica Giambrone Palmese, Esq.
875 Third Avenue
New York, NY 10022
jpalmese@ebglaw.com
*Attorneys for Defendants*

SO ORDERED:

______________________
Dale E. Ho
United States District Judge
Dated: February 24, 2026
New York, New York